United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 9, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 05-30294

JOHN DOE, Individually and as next friend of his minor children
James Doe and Jack Doe

                                        Plaintiff-Appellee

        vs.

TANGIPAHOA PARISH SCHOOL BOARD; JIMMIE RICHARDSON, Reverend,
School Board Member, District A; ROBERT POTTS, School Board
Member, District B; LEONARD GENCO, School Board Member, District
C; AL LINK, School Board  Member, District D; DON WILLIAMS,
School Board Member, District E; ROBERT CAVES, School Board
Member, District F; MAXINE DIXON, School Board Member, District
G; SANDRA BAILEY-SIMMONS, School Board Member, District H; CARL
BARDWELL, School Board Member, District I; LOUIS JOSEPH,
Superintendent, Tangipahoa Parish School System

                                        Defendants-Appellants

- - - - -
Appeal from the United States District Court for the
Eastern District of Louisiana
- - - - -

ON PETITION FOR REHEARING
AND
PETITIONS FOR REHEARING EN BANC

(Opinion December 15, 2006, 5 Cir., 2006, _____F.3d____)


BEFORE:  JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, WIENER,
         BARKSDALE, GARZA, DeMOSS, BENAVIDES, STEWART, DENNIS,
         CLEMENT, PRADO and OWEN, Circuit Judges.

BY THE COURT:

        A member of the Court in active service having requested

a poll on the petitions for rehearing en banc and a majority of

the judges in active service having voted in favor of granting a

rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.